IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MELISSA CALLAHAN <br> LICENSED PUBLIC CHAUFFER, <br><br> PLANTIFF, <br><br> vs. <br><br> CITY OF CHICAGO, <br> Committee on License & Consumer Protection <br> CHAIRMAN EMMA MITTS, <br><br> DEFENDANTS, | 12-cv-00362 <br> Judge Matthew F. Kennelly <br> Magistrate Judge Morton Denlow |

FILED
JAN 18 2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

1. This is an action for relief pursuant to 42 U.S.C. § 1983 and The Fair Labor Standards Act §1938, as amended 29 U.S.C. 101, et seq.

2. Jurisdiction for Plaintiff's federal claims is based on 28 U.S.C. § 1391 and 1343(a).

3. Venue is proper in this Court pursuant to 25 U.S.C. 28 § 1391(b), in that the claims arose in this district as alleged below.

### Parties

4. Plaintiff Melissa Callahan is a resident of Chicago, Illinois.

5. Callahan is a licensed public chauffer ("Taxi Driver") and leases a taxi in the City of Chicago and does business as a driver within the City of Chicago.

5. The Defendants, the City of Chicago and Chairman of the Committee on License and Consumer Protection, at all times relevant to this Complaint, were acting in the course and scope of their employment, and under color of state law, ordinance and/or regulation.

6. Defendant City of Chicago is a municipal corporation, duly incorporated under the laws of the State of Illinois, and is the employer and principal of the Defendant Alderman.

**Facts**

7. The City of Chicago's Department of Business Affairs and Consumer Protection ("Chicago BACP") is an official regulatory entity of the City of Chicago.

8. Coghill Capital Management is an independent agency located in the City of Chicago.

9. Coghill Capital Management conducted a financial study of taxi driver's income with the cooperation of Chicago BACP and various taxi drivers.

10. Coghill Captial Management determined that Chicago taxi driver's income is currently $4.08 per hour.

11. The current requirement set by the FSLA act is $7.25 per hour.

12. The City of Chicago was informed of the results of the financial study.

13. The City of Chicago has full authority to regulate a driver's income by setting the rate of fare as set forth in the City of Chicago Municipal Code.

14. The City of Chicago has full authority to determine the limitation of the amount of money that may be charged for the lease of a taxi, as set forth in the City of Chicago Municipal Code.

15. The City of Chicago has authority to license other transportation services within the City of Chicago.

16. On January 17, 2012 the Committee on License and Consumer Protection conducted a public hearing that included the proposed and revised Chapter 9-112 of the City of Chicago Municipal Code.

17. One revision within the proposed ordinance gives authorization for currently illegal vehicles and unlicensed drivers to become licensed to operate as "Jitney Cabs" in the City of Chicago.

18. One revision in the ordinance proposed higher lease amounts that a company may charge a taxi driver.

19. The proposed regulations will cause further unjust financial hardship to the Plaintiff.

20. On January 17, 2012, Emma Mitts, Chairman of the Committee on License and Consumer Protection, ordered member to vote despite Bob Fioretti's request to delay the vote.

21. The proposed revisions of Chapter 9-112 of the City of Chicago Municipal Code were passed in the Committee on License and Consumer Protection.

22. The revisions of the Municipal Code will result in a decrease of income for the Plaintiff.

## COUNT I

(42 U.S.C. § 1983 and The Fair Labor Standards Act §1938, as amended 29 U.S.C. 201, et seq.)

23. The Defendant-Alderman's actions deprived the Plaintiffs' protections and rights to earn the Federal Minimum Wages as defined under FLSA.

14. The Defendant-Aldermen's violation of the FLSA statute will cause Plaintiff to suffer damages, including loss of profits and other financial losses.

WHEREFORE, Plaintiff asks that this Honorable Court:

a) Enter judgment against Defendants;

b) Enter injunctive judgment against Defendants

b) Award Plaintiff fees and costs;

c) Award such other and additional relief that this Honorable Court deems just and equitable.

**Plaintiff demands trial by jury.**

*Melissa Callahan* (signature)

Melissa Callahan
Pro Se
2513 W. Warren Blvd.
Chicago, Illinois 60612
(773) 443-0700